UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAROLYN A. KING,

    Plaintiff,

v.                                                     Case No. 12-13636

ALLSTATE INSURANCE CO.,

    Defendant.
                                                  /

**ORDER CLOSING CASE**

On August 16, 2012, Defendant filed a notice removing this case from the Osceolo County Circuit Court. Shortly thereafter, counsel for Defendant notified the court's staff that the notice was mistakenly filed. Because Osceolo County falls within the geographic boundaries of the United States District Court for the Western District of Michigan, the case must be removed to that court. *See* 28 U.S.C. § 1446(a). Counsel further indicated that he had already filed a second notice of removal in the Western District, and he requested that this matter be closed. Accordingly,

IT IS ORDERED that the Clerk of the Court is DIRECTED to close this case.

                                                         s/Robert H. Cleland
                                                         ROBERT H. CLELAND
                                                         UNITED STATES DISTRICT JUDGE

Dated: August 22, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 22, 2012, by electronic and/or ordinary mail.

                                                         s/Lisa G. Wagner
                                                        Case Manager and Deputy Clerk
                                                        (313) 234-5522